1 | Ann M. Cerney, SBN: 068748
Attorney at Law
2 | 45 Hunter Square Plaza
Stockton, California  95202
3 | Telephone: (209) 948-9384
Facsimile:  (209) 948-0706
4 |
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| NICHOLE CARTER, | CASE NO.  2:12-CV-00638-KJN |
|---|---|
| Plaintiff, | [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties agreeing to a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before October 1, 2012.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: August 10, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

1

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT