1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  42 N. Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8            UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                       —o0o—

10

11  NICOLE C. CARTER,                        CASE NO. 2:12-CV-00638-KJN

12              Plaintiff,                   **STIPULATION AND ORDER
                                             SETTLING ATTORNEY'S FEES**
13  vs.                                      **PURSUANT TO THE EQUAL ACCESS
                                             TO JUSTICE ACT, 28 U.S.C. § 2412(d)**
14  CAROLYN W. COLVIN,
    Commissioner of Social Security,
15
                Defendant(s).
16  _____/

17

18         IT IS HEREBY STIPULATED by and between the parties through their undersigned

19  counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20  Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of THREE

21  THOUSAND THREE HUNDRED DOLLARS AND 00/CENTS ($3,300.00). This amount

22  represents compensation for all legal services rendered on behalf of Plaintiff by counsel in

23  connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

24         After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

25  will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

26  attorney. Pursuant to *Astrue v. Ratliff*, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the

27  ability to honor the assignment will depend on whether the fees and expenses are subject to any

28

offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Date: July 16, 2013		*/s/ Ann M. Cerney*
				ANN M. CERNEY,
				Attorney for Plaintiff


				BENJAMIN B. WAGNER
				United States Attorney
				DONNA L. CALVERT
				Regional Chief Counsel,
				Social Security Administration


Date: July 16, 2013		*/s/ Daniel Talbert*
				DANIEL TALBERT
				(by email authorization on July 16, 2013 )
				Special Assistant United States Attorney
				Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Dated: July 16, 2013

_____
**KENDALL J. NEWMAN**
**UNITED STATES MAGISTRATE JUDGE**